1
2
3
4
5
6
7
8

THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9   PRINCETON EXCESS & SURPLUS LINES
    INSURANCE COMPANY A/S/O
10  CONFEDERATED TRIBES OF THE
    CHEHALIS RESERVATION D/B/A
11  LUCKY EAGLE CASINO & HOTEL and
    CONFEDERATED TRIBES OF THE
12  CHEHALIS RESERVATION D/B/A
    LUCKY EAGLE CASINO & HOTEL,
13
                    Plaintiffs,
14
15          v.

16  AMAZON.COM, INC., a Washington
    Corporation; SUNPENGCHENG /
17  BOHANCLUB aka SHEN ZHEN SHI BO
    HAN DIAN ZI SHANG WU YOU XIAN
    GOG SI, a foreign corporation; and DOES 1-5,
18
                    Defendants.
19

No. 3:23-cv-05438-JHC

STIPULATED MOTION FOR
EXTENSION OF TIME TO FILE
ANSWER TO FIRST AMENDED
COMPLAINT AND ORDER

NOTE ON MOTION CALENDAR:
JUNE 26, 2023

20
21                          **STIPULATION**

22      Pursuant to Local Rules 7(d)(1) and 10(g), the parties hereby jointly request that the Court

23  extend Defendant Amazon.com, Inc.'s deadline to answer or otherwise respond to the First

24  Amended Complaint (Dkt. 3) to June 30, 2023.

25
26

STIPULATED MOTION FOR EXTENSION OF
TIME TO FILE ANSWER – 1
(No. 3:23-cv-05438-JHC)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1

2

3          RESPECTFULLY SUBMITTED this 26th day of June, 2023.

4   By: *s/ Eric C. Hanson*                    By: *s/ Breanna C. Philips*
        Eric C. Hanson, WSBA No. 26479            Breanna C. Philips, WSBA No. 58757
5       Carney Badley Spellman, P.S.              W. Brendan Murphy, WSBA No. 34476
        701 Fifth Ave., Suite 3600               Perkins Coie LLP
6       Seattle, WA  98104-7010                  1201 Third Avenue, Suite 4900
        Hanson@carneylaw.com                     Seattle, Washington 98101-3099
7                                                Telephone: (206) 359-8000
         *Attorneys for Plaintiffs*              Facsimile:  (206) 359-9000
8                                                bphilips@perkinscoie.com
                                                 bmurphy@perkinscoie.com
9

10                                               *Attorneys for Defendant*
                                                 *Amazon.com, Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION FOR EXTENSION OF
TIME TO FILE ANSWER – 2
(No. 3:23-cv-05438-JHC)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1

2

**ORDER**

3    The deadline for Defendant Amazon.com, Inc. to answer or otherwise respond to Plaintiffs'

4  First Amended Complaint (Dkt. 3) shall be extended to June 30, 2023. Based upon the foregoing

5  Stipulation, **IT IS SO ORDERED.**

6

7    DATED this ___27th___ day of ___June_____ 2023.

8    _____

     THE HONORABLE JOHN H. CHUN

9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
(No. 3:23-cv-05438-JHC)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on June 26, 2023, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: June 26, 2023

s/ *Breanna C. Philips*
Breanna C. Philips

CERTIFICATE OF SERVICE
(No. 3:23-cv-05438-JHC)